David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Carlson & Messer LLP
5959 West Century Boulevard, Suite 1214
Los Angeles, CA 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
STELLAR RECOVERY, INC.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL ABAYA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STELLAR RECOVERY, INC.,<br><br>　　　　Defendant. | CASE NO.:<br><br>**NOTICE OF REMOVAL** |

　　　　PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1446(a), Defendant STELLAR RECOVERY, INC. ("Defendant") hereby removes to this Court the civil action described below, as it involves a federal question.

　　　　1.　　On April 1, 2015, Plaintiff JOEL ABAYA ("Plaintiff") filed a civil action in the Superior Court of the State of California for the County of Solano entitled *Joel Abaya v. Stellar Recovery, Inc.*, Case No. FCM145371. A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit "A".

/ / /

2. Plaintiff's Complaint was served on Defendant via personal service on April 22, 2015.

3. This Notice of Removal is timely filed within the 30-day removal period pursuant to 28 USC § 1446(b).

4. There are no other Defendants named in Plaintiff's Complaint.

5. This action involves a federal question in that it arises under the Fair Debt Collection Practices Act (15 U.S.C. § 1692, et seq.) and Telephone Consumer Protection Act (47 U.S.C. § 227). It is therefore an action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a). In this regard, Plaintiff states in the Complaint that "[t]his is an action for damages brought by an individual consumer for Defendant's violations of . . . the Fair Debt Collection Practices Act . . . Plaintiff further alleges claims for Defendant's violations of the Telephone Consumer Protection Act . . ." (Complaint ¶ 1). Plaintiff's second and third causes of action are for violations of said Acts. This Court has supplemental jurisdiction over Plaintiff's first cause of action pursuant to 28 U.S.C. § 1367.

6. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

7. Plaintiff's Complaint includes a demand for a jury trial. Defendant also demands a jury trial.

8. Defendant will promptly file a copy of this Notice of Removal with the clerk of the State Court where the action has been pending.

DATED: May 22, 2015          CARLSON & MESSER LLP

                             By:   s/David J. Kaminski
                                   David J. Kaminski
                                   Attorneys for Defendant
                                   STELLAR RECOVERY, INC.