UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL ABAYA,<br><br>      Plaintiff,<br><br>  vs.<br><br>STELLAR RECOVERY, INC.,<br><br>      Defendant. | CASE NO. 2:15-CV-01111-WBS-AC<br><br>**ORDER OF DISMISSAL** |

Having considered the parties' Stipulation for Dismissal, the above-entitled action is hereby dismissed with prejudice. Each party shall bear its own costs and expenses.

IT IS SO ORDERED.

Dated:  October 30, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE